# United States Court of Appeals

## For the Eighth Circuit

_____

No. 15-1159

_____

Olga Tarasenko

*Plaintiff - Appellant*

v.

University of Arkansas, et al.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: September 23, 2015
Filed: October 1, 2015
[Unpublished]

_____

Before LOKEN, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Olga Tarasenko appeals the dismissal of her 42 U.S.C. § 1983 complaint alleging that her termination as a tenured biology professor at the University of Arkansas at Little Rock violated her federal constitutional rights to substantive and procedural due process, and the subsequent denial of her motion for leave to file an amended complaint. After careful de novo review of the record, see Zutz v. Nelson,

601 F.3d 842, 848-50 (8th Cir. 2010), we affirm for the reasons stated in the district court's[1] orders dismissing Ms. Tarasenko's due process claims and denying her motion for leave to amend. <u>See</u> 8th Cir. Rule 47B.

_____

[1]The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas.